225 So.2d 7

**STATE of Louisiana ex rel.
Chester STANLEY, Jr.**

v.

**C. Murray HENDERSON, Warden Louisiana
State Penitentiary.**

No. 49996.

July 21, 1969.

In re: Chester Stanley, Jr. applying for writ of habeas corpus.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

■

225 So.2d 7

**STATE ex rel. Gibson J. PERCK**

v

**C. Murray HENDERSON, Warden Louisiana
State Penitentiary.**

No. 50000.

July 21, 1969.

In re: Gibson J. Perck applying for writ of habeas corpus.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.